[No. 58949-1-I.  Division One.  October 8, 2007.]

GMAC MORTGAGE COMPANY, *Respondent*, v. JOHN H. WYNKOOP ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-09739-4, Richard J. Thorpe, J., entered September 12, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59166-5-I.  Division One.  October 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN JOHN HOPE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01420-5, Eric Z. Lucas, J., entered October 25, 2006. *Reversed* by unpublished per curiam opinion.

[No. 32325-7-II.  Division Two.  October 9, 2007.]

*In the Matter of the Marriage of* KRISTY W. HOUSE, *Respondent*, and JOHN STEWART WIBORG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-02758-7, Bruce W. Cohoe, J., entered September 10, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 34322-3-II.  Division Two.  October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE WILLIAM HARFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00623-9, Gordon Godfrey, J., entered December 5, 2005. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.